UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| Michelle Zaldivar, *et al.*, | ) | |
|               Plaintiffs, | ) | |
| vs. | ) | Case No.: 2:16-cv-01165-GMN-VCF |
| | ) | |
| Lori Medina, *et al.*, | ) | **ORDER** |
| | ) | |
|               Defendants. | ) | |
| | ) | |

      The Court has reviewed the Notice (ECF No. 6) filed by Plaintiff Michelle Zaldivar. It appears that Plaintiff intends the Notice to be a motion to extend time. Because Plaintiff filed the Notice within the deadline to object to the Report and Recommendation (ECF No. 3) filed by Magistrate Judge Cam Ferenbach, and Plaintiff has not otherwise filed an objection, the Court will construe the Notice as a timely filed motion to extend time to object. Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff shall have an additional 30 days to file an objection to the Report and Recommendation (ECF No. 3). The Court instructs Plaintiff that an amended complaint is not necessary at this time. Rather, Plaintiff is instructed to file an objection to the Report and Recommendation by July 28, 2016.

      **DATED** this __28__ day of June, 2016.

 

_____
Gloria M. Navarro, Chief Judge
United States District Judge