**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE ZALDIVAR, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No.: 2:16-cv-01165-GMN-VCF |
| vs. ) | |
| ) | **ORDER ACCEPTING REPORT &** |
| LORI MEDINA, *et al.*, ) | **RECOMMENDATION OF MAGISTRATE** |
| ) | **JUDGE CAM FERENBACH** |
| Defendants. ) | |
| ) | |

Before the Court for consideration is the Report and Recommendation (ECF No. 3) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered June 7, 2016.

Pursuant to Local Rule IB 3-2(a), objections were due by June 24, 2016. On June 23, 2016, Plaintiff Michelle Zaldivar ("Plaintiff"), filed a Notice, (ECF No. 6), which the Court construed as a motion to extend time. Accordingly, the Court extended Plaintiff's deadline to object to the R&R to July 28, 2016. (Order, ECF No. 7). No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Ferenbach's recommendations that Plaintiff's Complaint (ECF No.1-2) be dismissed without prejudice. Therefore, the Court has determined that Magistrate Judge Ferenbach's Recommendation should be **ACCEPTED** and **ADOPTED** in full.

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 3) is **ACCEPTED and ADOPTED in full.** The Complaint (ECF No. 1-2) is **DISMISSED without prejudice**. Plaintiffs Michelle Zalidvar, Deseray Jasmin Ramon, and Diamond Amithyist Ramon (collectively "Plaintiffs") shall have thirty days from the date of this Order to file an amended complaint. Failure to file an amended complaint by this date shall result in the dismissal of Plaintiffs' claims with prejudice.

**DATED** this __29__ day of July, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Judge