UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

MICHELLE ZALDIVAR; *et.al.*,

        Plaintiffs,

vs.

LORI MEDINA; *et.al.*,

        Defendants.

Case No. 2:16–cv–1165–GMN–VCF

**ORDER**

      In May 2016, Zaldivar initiated this action by filing an application to proceed in forma pauperis and complaint. (ECF No. 1). This court granted Zaldivar's application, but recommended her complaint be dismissed with leave to amend. (ECF No. 2) On July 29, 2016, the district judge adopted the recommendation and gave Zaldivar until August 29, 2016 to file an amended complaint. (ECF No. 9) On August 25, 2016, instead of filing an amended complaint, Zaldivar filed a motion for reconsideration. (ECF No. 10) That motion is still pending.

      Before this court is Zaldivar's motion for a speedy trial (ECF No. 8). Zaldivar's motion contains a brief description of the Defendants' alleged wrongdoing, followed by twenty-four pages of various presumably applicable authorities. (*Id.*) Zaldivar's motion does not articulate a request cognizable under the Federal Rules of Civil Procedure.

      ACCORDINGLY, and for good cause shown,

/// /// ///

/// /// ///

/// /// ///

/// /// ///

1

IT IS HEREBY ORDERED that Zaldivar's motion for speedy trial (ECF No. 8) is DENIED.

IT IS SO ORDERED.

DATED this 15th day of September, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE