**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

MICHELLE ZALDIVAR; *et.al.*,

        Plaintiffs,

vs.

LORI MEDINA; *et.al.*,

        Defendants.

Case No. 2:16–cv–1165–GMN–VCF

**<u>ORDER</u>**

      In May 2016, Zaldivar initiated this action by filing an application to proceed *in forma pauperis* and complaint. (ECF No. 1). This court granted Zaldivar's application, but recommended her complaint be dismissed with leave to amend. (ECF No. 2) On July 29, 2016, the district judge adopted the recommendation and gave Zaldivar until August 29, 2016 to file an amended complaint. (ECF No. 9) On August 25, 2016, instead of filing an amended complaint, Zaldivar filed a motion for reconsideration. (ECF No. 10) That motion is still pending.

      Before this court is Zaldivar's "petition to the us district court," which seeks a speedy trial. (ECF No. 12) In her petition, Zaldivar alleges that she and her children are the victims of criminal conduct perpetrated by various California government agencies and entities. (*Id.*) Since this matter had previously been dismissed subject to the filing of an amended complaint, no trial date has been set. Even if a trial date had been set, the Speedy Trial Act, 18 U.S.C. §3161, only applies to individuals charged with criminal offenses. Zaldivar has not cited to any authority that would require the court to set a trial date at this juncture or to expedite said trial date.

/// /// ///

1

ACCORDINGLY, and for good cause shown,

IT IS HEREBY ORDERED that Zaldivar's petition (ECF No. 12) is DENIED.

IT IS SO ORDERED.

DATED this 17th day of January, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE